Núm. 1209.—Fontaine et als., peticionarios, *v.* Corte, dmdada.— Junio 25, 1940.

Por los motivos consignados en el caso Núm. 1208, *Fontaine et als. v. Corte de Distrito de Bayamón,* resuelto en el día de hoy (ante, pág. 139), se revoca la orden de marzo 13, 1940, dictada en el caso

criminal núm. 4190 de la Corte de Distrito de Bayamón, seguido por el Pueblo de Puerto Rico v. Ramón Fontaine Morales, Antonio Ruiz Barreto y Oscar Guzmán, y se ordena el archivo y sobreseimiento del proceso.